# United States Court of Appeals for the Federal Circuit

December 23, 2015

**ERRATUM**

Appeal Nos. 2015-1197, 2015-1204, 2015-1259

**CUBIST PHARMACEUTICALS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**HOSPIRA, INC.,**
*Defendant-Appellant*

Decided: November 12, 2015
Precedential Opinion

The following change has been made on page 24, line 29 of the opinion: change "legal" to "reversible."